IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                     23-CR-68

JOHN WEINMANN,

                Defendant.

---

## INFORMATION
(Title 42, United States Code, Section 1320a-7b(b)(1)(B))

### COUNT 1
**The United States Attorney Charges That:**

Between on or about September 6, 2017 and continuing to on or about August 20, 2018, in the Western District of New York and elsewhere, the defendant, JOHN WEINMANN, did knowingly and willfully solicit and receive renumeration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for purchasing, ordering, or arranging for or recommending purchasing, or ordering any good, facility, service or item for which payment may be made in whole and in part under a Federal health care program, as defined in Title 42, United States Code, Section 1320a-7b(f), namely Medicare.

**All in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B).**

DATED:  Buffalo, New York, July 6th, 2023.

                                      TRINI E. ROSS
                                      United States Attorney

BY:  *(signature)*
                                      MICHAEL DIGIACOMO
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York 14202
                                      (716) 843-5700, ext. 5885
                                      michael.digiacomo@usdoj.gov

*[FILED stamp: United States District Court, JUL 6 2023, Mary C. Loewenguth, Clerk, Western District of NY]*